■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELLE TAYLOR, Also Known as TANYA WILLIAMS, Appellant. [690 NYS2d 445] —Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on or about January 6, 1997, and judgment, same court (Brenda Soloff, J.), rendered on or about May 7, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Nardelli, J. P., Williams, Wallach, Lerner and Andrias, JJ.

■ CITIBANK, N. A., Appellant, v CARL PAGLIOROLA, Respondent. [690 NYS2d 447] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered February 24, 1999, which denied plaintiff creditor's motion for a default judgment against defendant guarantor, unanimously affirmed, without costs.

Defendant set forth an excuse and a defense that are sufficiently compelling given the short delay involved herein that caused no prejudice (*see, Amanfo v Olivo*, 224 AD2d 239). Concur—Nardelli, J. P., Williams, Wallach, Lerner and Andrias, JJ.